THOMAS D. PENFIELD, RESPONDENT, *v.* SARAH JAMES
AND OTHERS.

THIS is an appeal from an order made by Justice DONOHUE, on the 19th day of December, 1874, requiring Charles A. Seavey to complete his purchase on a sale made in this action, under the judgment of foreclosure herein. The purchase by Seavey was at a second sale ordered in consequence of the failure of first buyer to complete his purchase.

The court was of opinion that most of the points and objections raised by Seavey had already been decided on an appeal taken by the first purchaser, and affirmed the order with ten dollars costs and disbursements. [The decision of the appeal taken by the first purchaser will be found *ante,* page 69.]

*Isaac L. Egbert,* for the appellant.

*Cyrus Lawton,* for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed, with ten dollars costs and disbursements.